**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FEB 24 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| **v.** | ) |
| | ) |
| ALBERT EARL GILES | ) |
| A/K/A ALBERTA GILES | ) |
| A/K/A LATOSHA GILES | ) |
| | ) |
| | ) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  4:09cr189-01 JMM

USM Number: 25621-009

Luther Sutter standing in for B. Dale West
<span>Defendant's Attorney</span>

## THE DEFENDANT:

☑ pleaded guilty to count(s)    93

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1029(a)(3) | access device fraud, a Class C felony | 4/30/2009 | 93 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    1-92            ☐ is   ☑ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/22/2011
Date of Imposition of Judgment

_Signature of Judge_

James M. Moody                    U. S. District Judge
Name of Judge                     Title of Judge

2/24/2011
Date

AO 245B   (Rev. 09/08) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:  ALBERT EARL GILES A/K/A ALBERTA GILES A/K/
CASE NUMBER:  4:09cr189-01 JMM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Forty Eight (48) months.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed at the Forrest City, Arkansas facility.  That the defendant participate in non-residential substance abuse treatment and educational and vocational programs during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
       Sheet 3 — Supervised Release

| | |
|---|---|
| DEFENDANT:  ALBERT EARL GILES A/K/A ALBERTA GILES A/K/ | Judgment—Page __3__ of __6__ |
| CASE NUMBER:  4:09cr189-01 JMM | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

  three (3) years.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑    The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐    The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:  ALBERT EARL GILES A/K/A ALBERTA GILES A/K,
CASE NUMBER:  4:09cr189-01 JMM

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

2.  Pursuant to 12 U.S.C. Secs. 1785 and 1829, the defendant shall not obtain employment in an institution insured by the FDIC or a Federal Credit Union.

3.  The defendant shall not obtain employment where he will have access to personal identifying information of others.

4.  The defendant shall disclose financial information upon request of the U. S. Probation Office, including but not limited to, loans, lines of credit and tax returns.  This also includes records of any business with which the defendant is associated.  No new lines of credit shall be established without prior approval of the U. S. Probation Office until all criminal penalties have been satisfied.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
　　　　　Sheet 5 — Criminal Monetary Penalties

DEFENDANT:  ALBERT EARL GILES A/K/A ALBERTA GILES A/K/
CASE NUMBER:  4:09cr189-01 JMM

Judgment — Page __5__ of __6__

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 223,832.50 |

☐ The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See attached list | $223,832.50 | $223,832.50 | |

| TOTALS | $ | 223,832.50 | $ | 223,832.50 |
|---|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| Albert Giles' Restitution | | | | |
|---|---|---|---|---|
| Victim | Account | Address | Amount | Comments |
| Bank of America | ▓▓▓ 1057 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,022.71 | |
| US Bank | ▓▓▓6096 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $902.56 | |
| Washington Mutual | ▓▓0556 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $5,178.87 | |
| Bank of America | ▓▓▓ 3346 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $214.90 | |
| Bank of America | ▓▓▓ 3359 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $35.88 | |
| Bank of America | ▓▓▓ 7892 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,573.37 | |
| Principal Bank | ▓▓1821 | Principal Bank, Attn: Clint Hansen, 711 High Street, Des Moines, IA 50392-5380 | $594.06 | |
| Capital One | ▓▓▓ 8310 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $489.73 | |

| | | | |
|---|---|---|---|
| US Bank | ▓▓▓6898 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $3,326.77 |
| US Bank | ▓▓▓2161 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $1,026.00 |
| US Bank | ▓▓▓1557 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $1,540.31 |
| Bank of America | ▓▓▓9132 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,165.79 |
| Bank of America | ▓▓▓9145 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,983.11 |
| Orchard Bank | ▓▓▓2147 | HSBC Card Services, PO Box 5222, Carol Stream, IL 60197 | $817.00 |
| Bank of America | ▓▓▓9514 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $124.25 |
| Washington Mutual | ▓▓▓3302 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $718.79 |

| | | | |
|---|---|---|---|
| Bank of America | �en 4638 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $727.01 |
| Bank of America | ▉ 0036 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,700.00 |
| Bank of America | ▉ 3629 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $742.00 |
| Bank of America | ▉ 3632 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $716.53 |
| Bank of America | ▉ 0052 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $698.97 |
| US Bank | ▉ 8456 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $600.00 |
| Washington Mutual | ▉ 5134 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $1,040.48 |
| Bank of America | ▉ 7227 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $642.95 |

| | | | |
|---|---|---|---|
| Bank of America | ▓▓▓ 5510 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $275.00 |
| Washington Mutual | ▓▓▓ 5952 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $962.65 |
| Bank of America | ▓▓▓ 0770 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $777.95 |
| Washington Mutual | ▓▓▓ 6645 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $1,651.52 |
| Capital One | ▓▓▓ 5293 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $888.15 |
| Bank of America | ▓▓▓ 3605 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $971.19 |
| Orchard Bank | ▓▓▓ 3286 | HSBC Card Services, PO Box 5222, Carol Stream, IL 60197 | $821.51 |
| Credit One Bank | ▓▓▓ 8629 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $556.24 |

| | | | |
|---|---|---|---|
| Washington Mutual | ▓6082 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $2,607.03 |
| Bank of America | ▓2453 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,315.00 |
| Bank of America | ▓2466 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,002.00 |
| Eastern Asset Management | ▓2453 | Eastern Asset Management LLC, 3990 McKinley Pkwy Suite 4, Blasdell, NY 14219 | $540.00 |
| Bank of America | ▓1461 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $173.96 |
| Salute | ▓2035 | Payment Processing, P.O. Box 136, Newark, NJ 07101-0136 | $880.13 |
| Salute | ▓2027 | Payment Processing, P.O. Box 136, Newark, NJ 07101-0136 | $620.85 |
| Orchard Bank | ▓4459 | HSBC Card Services, PO Box 5222, Carol Stream, IL 60197 | $206.99 |
| Bank of America | ▓7458 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $5,799.05 |

| | | | |
|---|---|---|---|
| Bank of America | ████7474 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,604.97 |
| Bank of America | ████9109 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $5,000.00 |
| Bank of America | ████4506 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $120.00 |
| Bank of America | ████7626 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $790.50 |
| Bank of America | ████7639 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,500.00 |
| Bank of America | ████0373 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,707.95 |
| Bank of America | ████7943 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,149.74 |
| Bank of America | ████2698 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,721.56 |
| Chase Bank | ████6415 | Chase Bank USA, N.A., Attn: Jeremy Geisel, 4900 Memorial Hwy. FS3-4th Fl., Tampa, FL 33634 | $1,278.83 |

| | | | |
|---|---|---|---|
| CorTrust Bank | ▮▮▮ 8053 | CorTrust Bank, P.O. Box 1246, Mitchell, SD 57301 | $568.20 |
| Washington Mutual | ▮▮▮2544 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $517.00 |
| Wachovia Bank | ▮▮▮8072 | Wachovia Bank, ATTN: Recovery Payment Processing, P.O. Box 45038, Jacksonville, FL 32232 | $228.64 |
| Bank of America | ▮▮▮ 2841 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $623.08 |
| Bank of America | ▮▮▮ 2854 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,540.00 |
| Capital One | ▮▮▮ 9088 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $843.92 |
| Bank of America | ▮▮▮ 1747 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $710.00 |
| Bank of America | ▮▮▮ 1763 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,400.00 |
| Capital One | ▮▮▮ 8394 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $623.10 |

| | | | |
|---|---|---|---|
| Bank of America | ■■■■■ 9717 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,450.00 |
| Bank of America | ■■■■■ 4398 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $683.17 |
| Chase Bank | ■■9327 | Chase Bank USA, N.A., Attn: Jeremy Geisel, 4900 Memorial Hwy. FS3-4th Fl., Tampa, FL 33634 | $503.00 |
| FIA, Card Services | ■■■■■ 3529 | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 | $596.25 |
| Bank of America | ■■■■■ 5604 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $771.48 |
| Arvest Bank | ■■■2152 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $5,057.55 |
| US Bank | ■■■■1237 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $3,089.68 |
| Bank of America | ■■■■ 5730 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $442.00 |
| Bank of America | ■■■■ 5743 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $100.00 |

| Bank of America | ████ 5905 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,668.60 |
| Bank of America | ████ 2082 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $700.00 |
| Bank of America | ████ 2095 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $900.00 |
| Bank of America | ████ 6444 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,177.60 |
| Bank of America | ████ 6460 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $2,602.00 |
| Bank of America | ████ 9351 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $980.33 |
| US Bank | ████2177 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $1,079.65 |
| Capital One | ████ 5850 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $648.54 |
| Chase Bank | ████ 0491 | Chase Bank USA, N.A., Attn: Jeremy Geisel, 4900 Memorial Hwy. FS3-4th Fl., Tampa, FL 33634 | $1,205.70 |

| | | | |
|---|---|---|---|
| Bank of America | ████ 5157 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $749.05 |
| Bank of America | ████ 8507 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $1,929.80 |
| Bank of America | ████ 9184 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $244.21 |
| Bank of America | ████ 3470 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $944.50 |
| Bank of America | ████ 5665 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $291.99 |
| Bank of America | ████ 5131 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $205.00 |
| FIA, Card Services | ████ 5579 | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 | $556.49 |
| Bank of America | ████ 1487 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $587.89 |
| Bank of America | ████ 8856 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $812.17 |

| | | | |
|---|---|---|---|
| Bank of America | ▉▉▉▉ 2852 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $686.83 |
| Bank of America | ▉▉▉▉ 8678 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $726.94 |
| Bank of America | ▉▉▉▉ 3887 | Bank of America, Attn: Nancy Hollis, AR1-101-01-15, 200 W. Capitol Avenue, Little Rock, AR 72201 | $593.60 |
| AT&T | ▉▉▉8963 | AT&T, PO Box 650553, Dallas, TX 75265 | $2,091.79 |
| Capital One | ▉▉▉▉ 2084 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $50.00 |
| US Bank | ▉▉▉▉ 7610 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $817.31 |
| Washington Mutual | ▉▉▉7444 | JP Morgan Chase, Attn: Fraud Recovery, PO Box 710988, Columbus, OH 43271-0988 | $3,731.22 |
| US Bank | ▉▉▉22261 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $962.82 |
| US Bank | ▉▉▉4464 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $287.16 |

| | | | |
|---|---|---|---|
| Capital One | ████████ 0679 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $378.12 |
| Capital One | ████████ 4566 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $816.71 |
| Capital One | ████████ 3867 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $1,208.59 |
| FIA, Card Services | ████████ 0308 | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 | $1,380.91 |
| Capital One | ████████ 1666 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $80.19 |
| Capital One | ████████ 2048 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $596.31 |
| Capital One | ████████ 0527 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $64.52 |
| Capital One | ████████ 3472 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $578.31 |
| Capital One | ████████ 8278 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $80.24 |

| | | | |
|---|---|---|---|
| Capital One | ▪▪▪▪▪ 7116 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $320.32 |
| Credit One Bank | ▪▪▪▪▪ 5196 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $498.34 |
| Credit One Bank | ▪▪▪▪▪ 6436 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $297.37 |
| Credit One Bank | ▪▪▪▪▪ 5071 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $503.72 |
| Credit One Bank | ▪▪▪▪▪ 6279 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $221.19 |
| Arvest Bank | ▪▪▪▪▪ 6099 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $1,000.29 |
| Arvest Bank | ▪▪▪▪▪ 3162 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $980.29 |
| Arvest Bank | ▪▪▪▪▪ 6567 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $4,579.68 |
| Credit One Bank | ▪▪▪▪▪ 4975 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $236.90 |

| | | | |
|---|---|---|---|
| Capital One | ████████ 5230 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $678.80 |
| Salute | ████████ 5530 | Payment Processing, P.O. Box 136, Newark, NJ 07101-0136 | $100.98 |
| Tribute | ████████ xxxx | Tribute, 6 Concourse Pkwy NE Floor 2, Atlanta, GA 30328 | $685.00 |
| Capital One | ████████ 3806 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $492.09 |
| US Bank | ████████5188 | US Bank Corporate Security, Recovery and Restitution Payments, PO Box 650, Milwaukee, WI 53278-0650 | $394.85 |
| Arvest Bank | ████████ 6678 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $8,639.65 |
| Arvest Bank | ████████ 5893 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $2,063.07 |
| Credit One Bank | ████████ 2098 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $128.15 |
| Arvest Bank | ████████ 5927 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $8,615.61 |

| | | |
|---|---|---|
| AT&T Mobility | ██2137 | AT&T, PO Box 650553, Dallas, TX 75265 | $636.00 |
| Arvest Bank | ████4256 | Arvest Bank, Attn: Lisa Black, 5000 Rogers Avenue, Fort Smith, AR 72903 | $6,176.23 |
| Capital One | ████8695 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $70.00 |
| Credit One Bank | ████2322 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $410.42 |
| HSBC Card Services | ████0490 | HSBC Card Services, PO Box 5222, Carol Stream, IL 60197 | $1,458.97 |
| Chase Bank | ████4588 | Chase Bank USA, N.A., Attn: Jeremy Geisel, 4900 Memorial Hwy. FS3-4th Fl., Tampa, FL 33634 | $7,964.37 |
| Capital One | ████5091 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $607.52 |
| Capital One | ████8634 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $305.92 |
| Capital One | ████6788 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $70.00 |

| | | | |
|---|---|---|---|
| Capital One | ████████ 1464 | Capital One, Attn: Fraud Investigations, PO Box 85582, Richmond, VA 23260 | $54.50 |
| Credit One Bank | ████████ 2148 | Credit One Bank, Fraud Investigations, Attn: Traci Madura, P.O. Box 95516, Las Vegas, NV 89193 | $458.20 |
| Chase Bank | ████████ 8061 | Chase Bank USA, N.A., Attn: Jeremy Geisel, 4900 Memorial Hwy. FS3-4th Fl., Tampa, FL 33634 | $235.75 |
| Chase Bank | ████████ 6282 | Chase Bank USA, N.A., Attn: Jeremy Geisel, 4900 Memorial Hwy. FS3-4th Fl., Tampa, FL 33634 | $725.80 |
| American Express | ████████ 1008 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 | $5,219.58 |
| Sonic Cash | ████████ 6263 | Sonic Cash, 1861 N. Wildwood St., Boise, ID 83713 | $200.00 |
| Sonic Cash | ████████ 5977 | Sonic Cash, 1861 N. Wildwood St., Boise, ID 83713 | $200.00 |
| Sonic Cash | ████████ 5820 | Sonic Cash, 1861 N. Wildwood St., Boise, ID 83713 | $200.00 |
| Sonic Cash | ████████ 4777 | Sonic Cash, 1861 N. Wildwood St., Boise, ID 83713 | $200.00 |

| | | | |
|---|---|---|---|
| Sonic Cash | ▬1515 | Sonic Cash, 1861 N. Wildwood St., Boise, ID 83713 | $200.00 |
| Sonic Cash | ▬1971 | Sonic Cash, 1861 N. Wildwood St., Boise, ID 83713 | $200.00 |
| Arrowhead Investments, Inc. | ▬7247 | Arrowhead Investments Inc, 32 West 200 South, Suite 350, Salt Lake City, UT 84101 | $300.00 |
| Arrowhead Investments, Inc. | ▬5581 | Arrowhead Investments Inc, 32 West 200 South, Suite 350, Salt Lake City, UT 84101 | $300.00 |
| Arrowhead Investments, Inc. | ▬8407 | Arrowhead Investments Inc, 32 West 200 South, Suite 350, Salt Lake City, UT 84101 | $300.00 |
| Arrowhead Investments, Inc. | ▬7098 | Arrowhead Investments Inc, 32 West 200 South, Suite 350, Salt Lake City, UT 84101 | $300.00 |
| Arrowhead Investments, Inc. | | Arrowhead Investments Inc, 32 West 200 South, Suite 350, Salt Lake City, UT 84101 | $250.00 |
| Arrowhead Investments, Inc. | ▬6653 | Arrowhead Investments Inc, 32 West 200 South, Suite 350, Salt Lake City, UT 84101 | $200.00 |
| Little Loan Shoppe | Applicaton ▬3283 | Little Loan Shoppe, 90 West 500 South #2001, Bountiful, UT 84010 | $250.00 |

| | | | | |
|---|---|---|---|---|
| Little Loan Shoppe | Applicaton ▮▮▮6081 | Little Loan Shoppe, 90 West 500 South #2001, Bountiful, UT 84010 | $200.00 | |
| Little Loan Shoppe | Application ▮▮▮1723 | Little Loan Shoppe, 90 West 500 South #2001, Bountiful, UT 84010 | $300.00 | |
| Little Loan Shoppe | Application ▮▮▮3757 | Little Loan Shoppe, 90 West 500 South #2001, Bountiful, UT 84010 | $300.00 | |
| Little Loan Shoppe | Application ▮▮▮6573 | Little Loan Shoppe, 90 West 500 South #2001, Bountiful, UT 84010 | $300.00 | |
| Wire transfers | | | $44,135.97 | Not able to determine lender from bank records |
| | | **Total** | **$223,832.50** | |

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:  ALBERT EARL GILES A/K/A ALBERTA GILES A/K
CASE NUMBER:  4:09cr189-01 JMM

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

        ☐  not later than _____ , or
        ☐  in accordance    ☐  C,    ☐  D,    ☐  E, or    ☐  F below; or

**B**  ☐  Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
      term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

      During incarceration, the defendant will pay 50 percent per momth of all funds that are available to him (exclusive
      of any gifts). During residential re-entry placement, payments will be reduced to 10 percent of the defendant's
      gross monthly income. Beginning the first month of supervised release, payments will be 10 percent per month of
      the defendant's monthly gross income.   Interest is waived.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    Restitution shall be joint and several with Andrae Courtez Rowe in EDAR case 4:09cr198-01 JLH and any other person who has been or will be convicted of an offense for which restitution to the same victim on the same loss is ordered.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.