IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:09cr00189-01  JMM

ALBERT EARL GILES - USM # 25621-009
a/k/a Alberta Giles
a/k/a Latosha Giles

## ORDER

The United States' motion to amend the judgment due to a clerical error (DE #45) is granted.

The judgment entered February 24, 2011 (DE #43) is amended to remove the joint and several provision that identifies Andre Courtez Rowe[1] in the schedule of payments in the judgment.

The Clerk is requested to provide a copy of this order to the United States Probation Office, the United States Marshals Service and the Financial Section of the Clerk's Office.

The remaining portions of the Judgment will remain in full force and effect.

IT IS SO ORDERED this 26th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The motion identifies Mr. Rowe as a co-defendant in this case.  Mr. Rowe was indicted on similar charges in ED of AR case number 4:09cr00198-01 JLH.